UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HATTIE TANNER,

       Plaintiff,                      Case No. 1:19–cv–849

   v.                                 Hon. Hala Y. Jarbou

DAVID WALTERS, et al.,

       Defendants.
_____/

## NOTICE OF HEARING CANCELLATION

     The Early Settlement Conference set in this matter for **February 8, 2022** is hereby **adjourned without date.**

                                        U.S. Magistrate Judge

Dated:  February 8, 2022        By:   /s/ Jessica K. Wright
                                               Judicial Assistant