UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

HATTIE TANNER,

    Plaintiff,

v.

DAVID A. WALTERS, et al.,

    Defendants.

_____/

Hon. Hala Y. Jarbou

Case No. 1:19-cv-0849

## ORDER

This matter is before the Court on Defendants' motion to quash notices of deposition for Howard Swabash and David Wallace. (ECF No. 78). Plaintiff opposes the motion. (ECF No. 86).

The Court conducted a hearing today at which all parties appeared by counsel. Having considered the parties' oral and written submissions, and for the reasons stated on the record, the motion (ECF No. 78) is **DENIED in part** and **GRANTED in part**. Accordingly,

**IT IS ORDERED** that the notice of deposition for David Wallace is hereby **QUASHED**.

The motion is otherwise **DENIED**.

**IT IS SO ORDERED**.

Date: March 14, 2022                                  /s/ Phillip J. Green
                                                                   PHILLIP J. GREEN
                                                                   United States Magistrate Judge